UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 16925
   SHANDA B STARKS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2176
```

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

The case was filed on 09/17/2007 and was confirmed 11/26/2007.

The plan was confirmed to pay secured creditors 100% and unsecured creditors 8.00%.

The case was dismissed after confirmation 08/04/2008.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NORTHSIDE COMMUNITY FEDE | SECURED | .00 | .00 | .00 |
| WESTLAKE FINANCIAL SERVI | SECURED VEHIC | 8895.00 | 421.67 | 739.02 |
| ROBERT J ADAMS & ASSOC | PRIORITY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 5350.00 | .00 | .00 |
| LEYDEN FIRE DEPARTMENT | UNSECURED | NOT FILED | .00 | .00 |
| LORETTO HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| WEST SUBURBAN PHYSICIANS | UNSECURED | NOT FILED | .00 | .00 |
| HSBC NV | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 153.36 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 277.50 | .00 | .00 |
| MCI COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN | NOTICE ONLY | NOT FILED | .00 | .00 |
| IL SECRETARY OF STATE | NOTICE ONLY | NOT FILED | .00 | .00 |
| SUN CASH | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| WEST SIDE EMERGENCY | UNSECURED | NOT FILED | .00 | .00 |
| WEST SIDE EMERGENCY | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1211.78 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 314.11 | .00 | .00 |
| ROBERT J ADAMS & ASSOC | REIMBURSEMENT | 306.33 | .00 | 306.33 |
| WESTLAKE FINANCIAL SERVI | UNSECURED | 1045.00 | .00 | .00 |
| ROBERT J ADAMS & ASSOC | DEBTOR ATTY | 2,700.00 | | 397.19 |
| TOM VAUGHN | TRUSTEE | | | 145.79 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 2,010.00 | |
| PRIORITY | | 306.33 |

PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 16925 SHANDA B STARKS

```
SECURED                                                          739.02
     INTEREST                                                    421.67
UNSECURED                                                           .00
ADMINISTRATIVE                                                   397.19
TRUSTEE COMPENSATION                                             145.79
DEBTOR REFUND                                                       .00
                                     ---------------    ---------------
TOTALS                                      2,010.00           2,010.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
     Dated: 11/19/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```